

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2022

No. 04-22-00115-CV

Robert **DESPAIN**,
Appellant

v.

Laura Ann **DESPAIN**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 20-07-0609-CVA
Honorable Bob Brendel, Judge Presiding

## O R D E R

Appellant's First Motion for Extension of Time to File Appellant's Reply Brief is hereby GRANTED. Time is extended until August 18, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court